Sarah E. Barrows (SBN 253278)
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone:  (415) 655-1300
Facsimile:  (415) 707-2010
barrowss@gtlaw.com

Attorneys for Plaintiff 3M Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M Company,<br><br>          Plaintiff,<br><br>    vs.<br><br>Michael Anthony Riso, d/b/a 3M Auto,<br><br>         Defendant. | **COMPLAINT FOR TRADEMARK INFRINGEMENT AND DILUTION, AND UNFAIR COMPETITION** |

<u>**NATURE OF ACTION AND JURISDICTION**</u>

1.      This is an action for trademark infringement, unfair competition, and dilution under the trademark act of 1946, as amended, 15 U.S.C. § 1051 *et seq.* ("Lanham Act"); unfair competition and dilution under the California Business and Professions Code; and trademark infringement under California common law.

2.      This Court has jurisdiction over the subject matter of this action pursuant to Section 39 of the Lanham Act, 15 U.S.C. § 1121; pursuant to chapter 85 of the judiciary and judicial procedure code, 28 U.S.C. §§ 1331 and 1338; and has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367(a).

<u>**PARTIES**</u>

3.      3M Company ("3M") is a Delaware corporation having its principal place of business at 3M Center, 2501 Hudson Road, St. Paul, Minnesota 55144.

4.     3M is informed and believes, and on that basis alleges, that defendant Michael Anthony Riso is an individual doing business as 3M Auto, with an address at 212 Reservation Road, Marina, CA 93933.

**FACTS**

**A.     3M'S BUSINESS AND TRADEMARKS**

5.     3M owns the mark and trade name 3M (the "3M Mark").  3M commenced use of the 3M Mark in commerce which may lawfully be regulated by Congress over a century ago. Since that time, 3M has continuously used the 3M Mark in commerce.

6.     3M is one of the world's most diversified companies.  Over the years, 3M has expanded its use of the 3M Mark and presently offers thousands of products and services in a wide variety of fields under the 3M Mark.

7.     3M offers a vast array of products for the automotive sector, and has a long history in the automotive industry.  For example, in 1915, 3M revolutionized the process of automotive surface preparation when it introduced its 3M Wetordry abrasive.  In 1926, 3M invented masking tape specifically to enable automotive paint shops to achieve razor-sharp separations in two-tone paint jobs.  3M supplies the automotive industry with a vast array of products, and distributes its products globally.  3M operates manufacturing plants and automotive innovation centers around the world.

8.     3M promotes its automotive-related products in a number of ways, including on its websites solutions.3m.com/wps/portal/en_US/3M/Automotive, 3Mauto.com, and 3Mcollision.com. The 3M Mark appears prominently on these websites and on the packaging and labeling of such products.

9.     3M is also involved in the automotive industry through its affiliation with the National Association for Stock Car Racing, Inc. ("NASCAR").  For many years, 3M has been a sponsor in the NASCAR racing circuit.  The 3M Mark has been displayed prominently on the cars it sponsors and used extensively in connection with 3M's NASCAR-related activities and promotions.

10.     Over the years, 3M has also operated through a large number of other names, divisions, and related entities bearing the 3M Mark, such as 3M Automotive Industry Center.

11.     For many years, 3M has displayed the 3M Mark as a part of a logo design.  3M's current logo design, adopted in 1978, consists of "3M" in block Helvetica letters (as shown below).  This logo is used in connection with almost every 3M product and service, and is displayed prominently on 3M's website at www.3M.com.

**3M**

12.     3M has developed an enormous amount of goodwill in its 3M Mark and has established an excellent business reputation.  The 3M Mark is extremely well-known and respected by consumers.  The 3M Mark represents products indicative of 3M's commitment to providing high-quality, innovative products and services to consumers.

13.     The 3M Mark is inherently distinctive and serves to identify and indicate the source of 3M's products and services to the consuming public.

14.     As a result of the long use and promotion of the 3M Mark by 3M, the 3M Mark has become distinctive to designate 3M, to distinguish 3M and its products and services from those of other businesses, and to distinguish the source or origin of 3M's products and services.  As a result of these efforts by 3M, the consuming public in California and throughout the United States widely recognizes and associates the 3M Mark with 3M and its diverse offering of products and services.

15.     The 3M Mark is famous throughout the United States, including in California, and is highly distinctive.

16.     The 3M Mark became famous throughout the United States, including in California, before Defendant commenced use of his mark.

17.     The 3M Mark is widely recognized by the general consuming public of the United States as a designation of source of 3M's goods and services.

18.     The 3M Mark is well-known to those in the automotive industry.

19.     As a result of 3M's long use and promotion of the 3M Mark in California and elsewhere, 3M has acquired valuable common law rights in the 3M Mark.

20.     In accordance with federal law, 3M has registered the 3M Mark on the Principal Register of the United States Patent and Trademark Office.  3M now owns hundreds of U.S. registrations for the 3M mark for numerous products and services.  *See, e.g.*, U.S. Reg. Nos. 1214547, 1270473, 1363965, 1410228, 1599607, 1729347, 1959106, 1959107, 1959108, 1959109, 2072005, 2103462.   These registrations are valid and subsisting, and a number are incontestable pursuant to 15 U.S.C. § 1065.  True and correct copies of these registrations are attached hereto as Exhibit A.

**B.     DEFENDANT'S INFRINGING ACTIVITIES**

21.     Upon information and belief, Defendant offers products and services in connection with the automotive industry, including selling automobiles.  For example, on a website operated by him or an affiliated person or entity at http://www.3mautosales.com, Defendant states that "3M AUTO is a family owned automobile dealership that provides our customers with a complete automotive experience."  This website enables consumers to search the company's inventory of automobiles.  Print-outs of portions of this website are attached hereto as Exhibit B.

22.     Defendant promotes his products and services under the name and mark "3M Auto" (the "3M AUTO Mark").  The 3M AUTO Mark, which is often presented in a typestyle highly similar to that used by 3M with its 3M logo, is prominently displayed at least on Defendant's signage and website (as shown below).





23.     Defendant is using the 3M AUTO Mark in commerce.

24.     Defendant is not affiliated with or sponsored by 3M and has not been authorized by 3M to use the 3M Mark, or any confusingly similar mark.

25.     3M has notified Defendant of its trademark rights, and has attempted to resolve this dispute with Defendant prior to filing this lawsuit.  Defendant has ignored 3M's attempts to resolve this matter amicably, and has continued using the 3M AUTO Mark.

**C.     EFFECT OF DEFENDANT'S ACTIVITIES**

26.     Defendant's unauthorized use of the 3M AUTO Mark is likely to cause confusion, to cause mistake, and/or to deceive customers and potential customers of the parties, at least as to some affiliation, connection or association of Defendant with 3M, or as to the origin, sponsorship, or approval of Defendant's products and services by 3M.

27.     Defendant's unauthorized use of the 3M AUTO Mark falsely designates the origin of his products, and falsely and misleadingly describes and represents facts with respect to Defendant and his products and services.

28.     Defendant's unauthorized use of the 3M AUTO Mark enables Defendant to trade on and receive the benefit of goodwill built up at great labor and expense by 3M over many years, and to gain acceptance for his products and services not solely on his own merits, but on the reputation and goodwill of 3M, its 3M Mark, and its products and services.

29.     Defendant's unauthorized use of the 3M AUTO Mark is likely to cause dilution by blurring and by tarnishment of 3M's famous 3M Mark.

30.     Defendant's unauthorized use of the 3M AUTO Mark unjustly enriches Defendant at 3M's expense.  Defendant has been and continues to be unjustly enriched by obtaining a benefit from 3M by taking undue advantage of 3M and its goodwill.  Specifically, Defendant has taken undue advantage of 3M by trading on and profiting from the goodwill in the 3M Mark developed and owned by 3M, resulting in Defendant wrongfully obtaining a monetary and reputational benefit for his own business and services.

31.     Defendant's unauthorized use of the 3M AUTO Mark removes from 3M the ability to control the nature and quality of products and services associated with the 3M Mark,

1   and places the valuable reputation and goodwill of 3M in the hands of Defendant, over whom 3M

2   has no control.

3        32.     Unless these acts of Defendant are restrained by this Court, they will continue, and

4   they will continue to cause irreparable injury to 3M and to the public for which there is no

5   adequate remedy at law.

6        **COUNT I: FEDERAL TRADEMARK INFRINGEMENT**

7        33.     3M repeats the allegations above as if fully set forth herein.

8        34.     The acts of Defendant complained of herein constitute infringement of the

9   federally registered 3M Mark in violation of 15 U.S.C. § 1114(1).

10        35.     Defendant's acts complained of herein have been deliberate, willful, intentional, or

11   in bad faith, with full knowledge and conscious disregard of 3M's rights in the 3M Mark, and

12   with intent to cause confusion and to trade on 3M's vast goodwill in the 3M Mark.

13        **COUNT II: FEDERAL UNFAIR COMPETITION**

14        36.     3M repeats the allegations above as if fully set forth herein.

15        37.     The acts of Defendant complained of herein constitute unfair competition in

16   violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

17        **COUNT III: FEDERAL DILUTION**

18        38.     3M repeats the allegations above as if fully set forth herein.

19        39.     Defendant's use in commerce of the 3M AUTO Marks is likely to cause dilution

20   by blurring and/or tarnishment of the famous 3M Mark in violation of 15 U.S.C. § 1125(c).

21        40.     Defendant willfully intended to trade on the recognition of the famous 3M Mark.

22        **COUNT IV: UNFAIR COMPETITION UNDER CALIFORNIA LAW**

23        41.     3M repeats the allegations above as if fully set forth herein.

24        42.     The acts of Defendant complained of herein constitute unfair competition in

25   violation of California Business and Professions Code § 17200.

26        **COUNT V:  DILUTION UNDER CALIFORNIA LAW**

27        43.     3M repeats the allegations above as if fully set forth herein.

28        44.     The acts of Defendant complained of herein constitute dilution of the 3M Mark in

1  violation of California Business and Professions Code § 14247.

2  <u>**COUNT VI: COMMON LAW TRADEMARK INFRINGEMENT**</u>

3  45.    3M repeats the allegations above as if fully set forth herein.

4  46.    The acts of Defendant complained of herein constitute trademark and trade name

5  infringement in violation of the common law of the State of California.

6  <u>**DEMAND FOR RELIEF**</u>

7  **WHEREFORE,** 3M demands that:

8  (a)    Defendant, his agents, servants, employees, and attorneys, and other persons who

9  are in active concert or participation with any of them, be permanently enjoined and restrained

10  from using the marks, names and/or domain names 3M, 3M Auto, 3mautosales.com, and any

11  other mark, trade name, fictitious business name, company name, domain name, or designation

12  that is confusingly similar to or likely to cause dilution of the 3M Mark, and from any attempt to

13  retain any part of the goodwill misappropriated from 3M; and

14  (b)    Defendant be ordered to file with this Court and to serve upon 3M, within thirty

15  (30) days after the entry and service on Defendant of an injunction, a report in writing and under

16  oath setting forth in detail the manner and form in which Defendant has complied with the

17  injunction.

18

19  DATED:  February 6, 2015                    GREENBERG TRAURIG, LLP

20                                                          By: _/s/ Sarah E. Barrows_ _____
                                                                    Sarah E. Barrows
21                                                               Attorney for Plaintiff 3M Company

22

23

24

25

26

27

28

EXHIBIT  A

Int. Cl.: 1

Prior U.S. Cls.: 4, 6 and 52

## United States Patent and Trademark Office

Reg. No. 1,214,547
Registered Nov. 2, 1982

## TRADEMARK
### Principal Register



Minnesota Mining and Manufacturing Company (Delaware corporation), a.k.a. 3M
3M Center
St. Paul, Minn. 55144

For: CHEMICAL PRODUCTS USED TO CLEAN, POLISH AND RECONDITION USED CARS AND OTHER VEHICLES, in CLASS 1 (U.S. Cls. 4, 6 and 52).

First use Nov. 25, 1980; in commerce Nov. 25, 1980.

Ser. No. 308,307, filed Apr. 30, 1981.

GARY L. SHAFFER, Primary Examiner

FRED MANDIR, Examiner

Int. Cl.: 2

Prior U.S. Cl.: 6

**Reg. No. 1,270,473**

## United States Patent and Trademark Office

Registered Mar. 20, 1984

### TRADEMARK
#### Principal Register



Minnesota Mining and Manufacturing Company
(Delaware corporation), a.k.a. 3M
3M Center
St. Paul, Minn. 55144

For: UNDERCOATING FOR VEHICLES, in CLASS 2 (U.S. Cl. 6).

First use Jan. 18, 1983; in commerce Jan. 18, 1983.

Ser. No. 414,970, filed Feb. 25, 1983.

GARY L. SHAFFER, Examining Attorney

Int. Cl.: 1

Prior U.S. Cl.: 5

Reg. No. 1,363,965

## United States Patent and Trademark Office
Registered Oct. 8, 1985

### TRADEMARK
#### PRINCIPAL REGISTER



MINNESOTA MINING AND MANUFACTUR-
ING COMPANY (DELAWARE CORPORA-
TION), AKA 3M
3M CENTER
SAINT PAUL, MN 55144

FOR: ADHESIVE USED IN THE AUTOMO-
TIVE INDUSTRY, IN CLASS 1 (U.S. CL. 5).

FIRST USE 2–8–1985; IN COMMERCE
2–8–1985.
OWNER OF U.S. REG. NOS. 1,311,796, 1,316,396
AND OTHERS.

SER. NO. 533,999, FILED 4–25–1985.

HELEN ROBERTS WENDEL, EXAMINING AT-
TORNEY

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 1,410,228

## United States Patent and Trademark Office

Registered Sep. 23, 1986

## TRADEMARK
### PRINCIPAL REGISTER



MINNESOTA MINING AND MANUFACTUR-
ING COMPANY (DELAWARE CORPORA-
TION), AKA 3M
3M CENTER
SAINT PAUL, MN 55144

FOR: PROTECTIVE EQUIPMENT—NAMELY,
DISPOSABLE HOODS AND BREATHING
TUBES FOR SUPPLYING FRESH AIR TO
PAINTERS DURING SPRAY PAINTING OF
VEHICLES, IN CLASS 9 (U.S. CL. 26).

FIRST USE 7-26-1985; IN COMMERCE
7-26-1985.

OWNER OF U.S. REG. NOS. 1,237,143 AND
1,237,168.

SER. NO. 578,870, FILED 1-22-1986.

NANCY L. HANKIN, EXAMINING ATTORNEY

Int. Cl.: 17

Prior U.S. Cls.: 5 and 35

Reg. No. 1,599,607

## United States Patent and Trademark Office
Registered June 5, 1990

## TRADEMARK
### PRINCIPAL REGISTER



MINNESOTA MINING AND MANUFACTUR-
ING COMPANY (DELAWARE CORPORA-
TION)
3M CENTER
SAINT PAUL, MN 55144

FOR: ADHESIVE/SEALANT FOR AUTO
GLASS, IN CLASS 17 (U.S. CLS. 5 AND 35).

FIRST USE 5-4-1989; IN COMMERCE
5-4-1989.

SER. NO. 73-829,901, FILED 10-6-1989.

DEMETRA MILLS, EXAMINING ATTORNEY

Int. Cl.: 17

Prior U.S. Cls.: 5 and 12

**United States Patent and Trademark Office**

Reg. No. 1,729,347
Registered Nov. 3, 1992

## TRADEMARK
### PRINCIPAL REGISTER



MINNESOTA MINING AND MANUFACTUR-
ING COMPANY (DELAWARE CORPORA-
TION), AKA 3M
3M CENTER
SAINT PAUL, MN 55144

FOR: ADHESIVE SEALANT AND CAULK-
ING COMPOUND FOR AUTOMOTIVE USE, IN
CLASS 17 (U.S. CLS. 5 AND 12).

FIRST USE 9-25-1991; IN COMMERCE
9-25-1991.

SER. NO. 74-216,466, FILED 10-28-1991.

KEITH L. HENDERSON, EXAMINING ATTOR-
NEY

Int. Cl.: 2

Prior U.S. Cls.: 6, 11 and 16

Reg. No. 1,959,106

**United States Patent and Trademark Office**   Registered Feb. 27, 1996

## TRADEMARK
### PRINCIPAL REGISTER



MINNESOTA MINING AND MANUFACTUR-
ING COMPANY (DELAWARE CORPORA-
TION), AKA 3M
3M CENTER
SAINT PAUL, MN 551441000

FOR: COATINGS IN THE NATURE OF
OVER SPRAY MASKING LIQUID FOR USE IN
THE AUTOMOTIVE INDUSTRY, IN CLASS 2
(U.S. CLS. 6, 11 AND 16).

FIRST USE 8–13–1993; IN COMMERCE
8–13–1993.

OWNER OF U.S. REG. NOS. 1,859,373, 1,902,540
AND OTHERS.

SER. NO. 74–695,354, FILED 6–30–1995.

CHRISIE B. KING, EXAMINING ATTORNEY

Int. Cl.: 4

Prior U.S. Cls.: 1, 6 and 15

Reg. No. 1,959,107

**United States Patent and Trademark Office**  Registered Feb. 27, 1996

## TRADEMARK
### PRINCIPAL REGISTER

### 3M

MINNESOTA MINING AND MANUFACTUR-
ING COMPANY (DELAWARE CORPORA-
TION), AKA 3M
3M CENTER
SAINT PAUL, MN 551441000

FOR: DUST CONTROL SPRAY AND DUST
LAYING AND ABSORBING COMPOSITIONS
FOR USE ON SPRAY BOOTH WALLS FOR USE
IN THE AUTOMOTIVE INDUSTRY, IN CLASS
4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 8–31–1993; IN COMMERCE
8–31–1993.

OWNER OF U.S. REG. NOS. 1,859,373, 1,902,540
AND OTHERS.

SER. NO. 74–695,367, FILED 6–30–1995.

CHRISIE B. KING, EXAMINING ATTORNEY

Int. Cl.: 2

Prior U.S. Cls.: 6, 11 and 16

Reg. No. 1,959,108

## United States Patent and Trademark Office

Registered Feb. 27, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## 3M

MINNESOTA MINING AND MANUFACTUR-
ING COMPANY (DELAWARE CORPORA-
TION), AKA 3M
3M CENTER
SAINT PAUL, MN 551441000

FOR: COATINGS IN THE NATURE OF
OVER SPRAY MASKING LIQUID FOR USE IN
THE AUTOMOTIVE INDUSTRY, IN CLASS 2
(U.S. CLS. 6, 11 AND 16).

FIRST USE 8–13–1993; IN COMMERCE
8–13–1993.

OWNER OF U.S. REG. NOS. 1,859,373, 1,902,540
AND OTHERS.

SER. NO. 74–695,368, FILED 6–30–1995.

CHRISIE B. KING, EXAMINING ATTORNEY

Int. Cl.: 2

Prior U.S. Cls.: 6, 11 and 16

Reg. No. 1,959,109

## United States Patent and Trademark Office
Registered Feb. 27, 1996

### TRADEMARK
### PRINCIPAL REGISTER



MINNESOTA MINING AND MANUFACTUR-
ING COMPANY (DELAWARE CORPORA-
TION), AKA 3M
3M CENTER
SAINT PAUL, MN 551441000

FOR: COATING WHICH PROTECTS SPRAY
BOOTH WALLS FROM PAINT AND PRIMER
OVER SPRAY FOR USE IN THE AUTOMO-

TIVE INDUSTRY, IN CLASS 2 (U.S. CLS. 6, 11
AND 16).

FIRST USE 8–31–1993; IN COMMERCE
8–31–1993.

OWNER OF U.S. REG. NOS. 1,859,373, 1,902,540
AND OTHERS.

SER. NO. 74–695,369, FILED 6–30–1995.

CHRISIE B. KING, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,072,005

Registered June 17, 1997

## TRADEMARK
## PRINCIPAL REGISTER

## 3M

MINNESOTA MINING AND MANUFACTUR-
ING COMPANY (DELAWARE CORPORA-
TION), AKA 3M
3M CENTER
SAINT PAUL, MN 551441000

FOR: PREPARATIONS FOR CLEANING, PO-
LISHING, GLAZING, WAXING, RESTORING
OR PRESERVING FINISHED SURFACES OF
MOTORIZED VEHICLES; RUBBING COM-
POUND, GLOSS ENHANCER, PLASTIC,

CHROME AND METAL POLISH, PLASTIC
CLEANER, VINYL CLEANER AND RESTOR-
ER, TIRE AND WHEEL CLEANER, TIRE
DRESSING FOR MOTORIZED VEHICLES, IN
CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).
FIRST USE 11–28–1995; IN COMMERCE
11–28–1995.

SER. NO. 75–186,789, FILED 10–24–1996.

ODETTE BONNET, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

## United States Patent and Trademark Office

Reg. No. 2,103,462

Registered Oct. 7, 1997

## TRADEMARK
## PRINCIPAL REGISTER

## 3M

MINNESOTA MINING AND MANUFACTUR-
ING COMPANY (DELAWARE CORPORA-
TION), AKA 3M
3M CENTER
SAINT PAUL, MN 551441000

FOR: CHEMICAL PRODUCTS USED TO
CLEAN, POLISH AND RECONDITION CARS

AND OTHER VEHICLES, IN CLASS 3 (U.S.
CLS. 1, 4, 6, 50, 51 AND 52).
FIRST USE 12-6-1995; IN COMMERCE
12-6-1995.
OWNER OF U.S. REG. NO. 1,214,547.

SER. NO. 75-186,792, FILED 10-24-1996.

ODETTE BONNET, EXAMINING ATTORNEY

# EXHIBIT  B



Home          Inventory          Financing          Dealer Info

## 212 Reservation Rd, Marina, CA 93933
## Phone (831) 883-8300



view inventory

credit application

service contract

contact us

### A Smarter Way to Buy Your Next Car

Our Dealership streamlines the car buying process. Whether you are interested in a New or Pre-Owned Vehicle, we offer a diverse inventory of Safety Certified, Fully Serviced and Reconditioned Pre-Owned Vehicles or we can Broker almost any New Vehicle you're looking for.

We lowered our overhead, cut out traditional sales staff, purchase only the finest local vehicles and offer a low competitive price to ultimately provide our customers with incredible savings and impeccable service surmounted only by our strong personal values.

### Dealership Info

**Call Us:**

**831-883-8300**

**Business Hours:**
Monday:        9:30am - 6pm
Tuesday:       9:30am - 6pm
Wednesday:   9:30am - 6pm
Thursday:     9:30am - 6pm
Friday:         9:30am - 6pm
Saturday:     10:00am - 5pm
Sunday:        Closed or by appointment

**Location:**
212 Reservation Road
Marina, CA 93933

**Dealership Map:**



| Home | Inventory | Financing | Dealer Info |
|------|-----------|-----------|-------------|
| | View Inventory | Loan Calculator | About Us |
| | Featured Vehicles | Credit Application | Contact Us |
| | Recently Sold | Get Pre-Approved | Location & Directions |
| | Vehicle Finder | | |
| | Schedule Test Drive | | |

Site Map  |  Terms of Use  |  Privacy Policy  |  Car Dealership Websites by AutoManager © Copyright 2014



Home     Inventory     Financing     Dealer Info

## About Us

**3M AUTO is a family owned automobile dealership that provides our customers with a complete automotive experience: Superior service and low competitive prices through efficient operations and innovative people.**

**All of our pre-owned vehicles are pre-smogged, safety certified, fully serviced with complete oil / filter change and reconditioned to "like new" standards.**

**Our dedication to customer satifaction ensures our future success. We've made it easy for you to visit us in real life by providing you with a helpful map, as well as as our address and phone number. Whether it's for a test drive, or to see our inventory in person, we'd be delighted to visit with you at your earliest convenience.**

**Call Us:**
## 831-883-8300
**Fax:**
## 831-883-8301

**Business Hours:**
| | |
|---|---|
| Monday: | 9:30am - 6pm |
| Tuesday: | 9:30am - 6pm |
| Wednesday: | 9:30am - 6pm |
| Thursday: | 9:30am - 6pm |
| Friday: | 9:30am - 6pm |
| Saturday: | 10:00am - 5pm |
| Sunday: | Closed or by appointment |

**Location:**
212 Reservation Road
Marina, CA 93933

**Dealership Map:**

SHARE

| Home | **Inventory** | **Financing** | **Dealer Info** |
|---|---|---|---|
| | View Inventory | Loan Calculator | About Us |
| | Featured Vehicles | Credit Application | Contact Us |
| | Recently Sold | Get Pre-Approved | Location & Directions |
| | Vehicle Finder | | |
| | Schedule Test Drive | | |

Site Map | Terms of Use | Privacy Policy | Car Dealership Websites by AutoManager © Copyright 2014



Home          Inventory          Financing          Dealer Info

## Vehicle Finder

### Browse Our Inventory

BMW (1)          Ford (6)          Jeep (1)          Mercedes-Benz (3)          Subaru (1)

Chevrolet (1)    Honda (5)         Lexus (3)         Nissan (2)                 Toyota (5)

Dodge (2)        Hyundai (2)       Lincoln (1)       Scion (1)

SHARE

**Home**        **Inventory**            **Financing**           **Dealer Info**
                View Inventory           Loan Calculator         About Us
                Featured Vehicles        Credit Application      Contact Us
                Recently Sold            Get Pre-Approved        Location & Directions
                Vehicle Finder
                Schedule Test Drive

Site Map  |  Terms of Use  |  Privacy Policy  |  Car Dealership Websites by AutoManager © Copyright 2014



Home        Inventory        Financing        Dealer Info

## View Inventory



Add Search Criteria

**Body Style**

**Make**
Chevrolet (1)
Dodge (2)
Ford (3)
Honda (4)
Hyundai (1)
Jeep (1)
Lexus (3)
Mercedes-Benz (3)
Nissan (2)
Scion (1)
Subaru (1)
Toyota (4)

**Model**
Accord (1)
C-Class (1)
Civic (1)
CR-V (1)
Escape (1)
Focus (1)
Forester (1)
Grand Caravan (1)
LS (2)
M-Class (1)
Mustang (1)
Odyssey (1)
Prius (1)
Ram 1500 (1)
RAV4 (1)
R-Class (1)
RX (1)
Scrambler (1)
Silverado 2500 (1)
Sonata (1)
Tacoma (1)
tC (1)
Titan (1)
Versa (1)
Yaris (1)

**Year**
**Price**
**Exterior Color**
**Interior Color**
**Miles**
**Transmission**
**Vehicle History**

**26** Vehicles Found

Sort By:   Year   Make ▲   Model   Miles   Price   Stock Date   Stock #

Page:   1   2   3          Page Size:   10 | 25 | 50 | 100

**2006 Chevrolet Silverado 2500 4WD Crew Cab LT Duramax 4-Door Truck**
View 40 Photos
View Video
Exterior: ☐ Pewter
Interior: ☐ Gray
Automatic
Fuel: Diesel
V8 6.6L
101,023 miles
Stock #: 1840
VIN: 1GCHK23D36F139343
License Plate: 8H54423
FREE CARFAX Buyback Guarantee Report
Internet Price **$29,988**

**2010 Dodge Grand Caravan SXT 4-Door Van**
View 37 Photos
View Video
Exterior: ☐ Stone White Clear Coat
Interior: ☐ Dark State/Light Shale
Automatic
Fuel: Gasoline
V6 3.8L OHV
97,735 miles
Stock #: 1782
VIN: 2D4RN5D19AR201463
FREE CARFAX Buyback Guarantee Report
Internet Price **$12,988**

**2005 Dodge Ram 1500 SLT Quad Cab 4WD Hemi 4-Door Truck**
View 39 Photos
View Video
Exterior: ☐ Atlantic Blue Pearl
Interior: ☐ Gray
Automatic
Fuel: Flex-fuel
V8 5.7L
97,358 miles
Stock #: 1780
VIN: 1D7HU18D25S117617
FREE CARFAX 1-Owner Report
Internet Price **$15,988**

**2011 Ford Escape XLT 4-Door SUV**
View 34 Photos
View Video
Exterior: ☐ Blue Flame Metallic
Interior: ☐ Stone
Automatic
Fuel: Flex-fuel
V6 3L DOHC
43,694 miles
Stock #: 1767
VIN: 1FMCU0DG6BKC30122
License Plate: PP
FREE CARFAX 1-Owner Report
Internet Price **$15,988**

**2012 Ford Focus SEL Hatchback 4-Door Hatchback**
View 33 Photos
View Video
Exterior: ☐ Oxford White
Interior: ☐ Charcoal Black
Automatic
Fuel: Gasoline
I4 2L DOHC
36,306 miles
Stock #: 1723
VIN: 1FAHP3M28CL372223
License Plate: 6VOC805
FREE CARFAX 1-Owner Report
Internet Price **$14,988**

**2002 Ford Mustang Premium Convertible 2-Door Convertible**
View 41 Photos
View Video
Exterior: ☐ Oxford White Clearcoat ☐ Oxford White
Interior: ☐ 
Automatic
Fuel: Gasoline
V6 3.8L OHV
106,646 miles
Stock #: 1737
VIN: 1FAFP44492F152228
License Plate: 5JLS929
FREE CARFAX Buyback Guarantee Report
**Sold**

**2007 Honda Accord EX-L 4-Door Sedan**
Exterior: ☐
Stock #: 1800
Internet Price **$12,988**

