Sarah E. Barrows (SBN 253278)
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
barrowss@gtlaw.com

William G. Barber (SBN 01713050) [*pro hac vice*]
Wendy C. Larson (SBN 24055820) [*pro hac vice*]
PIRKEY BARBER PLLC
600 Congress Avenue, Suite 2120
Austin, Texas 78701
Telephone: (512) 322-5200
Facsimile: (512) 322-5201
bbarber@pirkeybarber.com
wlarson@pirkeybarber.com

*Attorneys for Plaintiff 3M Company*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| 3M Company,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Michael Anthony Riso, d/b/a 3M Auto,<br><br>　　　　　　Defendant. | **CASE NO.: 4:15-CV-00605-JSW**<br><br>**[*PROPOSED*] ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>(Stipulation to Continue Case Management Conference and Related Deadlines filed concurrently herewith)<br><br>District Judge:　　Hon. Jeffrey S. White<br>Courtroom:　　　　5 |

**<u>ORDER</u>**

Pursuant to the Stipulation of the parties and based on good cause, the initial Case Management Conference in this case is continued from June 5, 2015, at 11:00 a.m., to June 26, 2015, at 11:00 a.m. in Courtroom 5, 2nd Floor, Federal Courthouse, 1301 Clay Street, Oakland, California 94612.

[*PROPOSED*] ORDER RE STIPULATION TO
CONTINUE CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES

Deadlines related to the initial Case Management Conference are hereby extended as follows:

(a) June 5, 2015: Last day to:

- meet and confer re: initial disclosures, early settlement ADR process selection, and discovery plan;
- file ADR Certification signed by Parties and Counsel;
- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

(b) June 18, 2015: Last day to:

- file a Joint Case Management Statement addressing all of the topics set forth in the Standing Order for All Judges of the Northern District of California;
- complete initial disclosures

IT IS SO ORDERED.

DATED:  April 30, 2015

_____
Hon. Jeffrey S. White, U.S. District Judge

[*PROPOSED*] ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES     - 2 -