Sarah E. Barrows (SBN 253278)
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
barrowss@gtlaw.com

William G. Barber (SBN 01713050) [*pro hac vice*]
Wendy C. Larson (SBN 24055820) [*pro hac vice*]
PIRKEY BARBER PLLC
600 Congress Avenue, Suite 2120
Austin, Texas 78701
Telephone: (512) 322-5200
Facsimile: (512) 322-5201
bbarber@pirkeybarber.com
wlarson@pirkeybarber.com

*Attorneys for Plaintiff 3M Company*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| 3M Company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Michael Anthony Riso, d/b/a 3M Auto,<br><br>　　　　　Defendant. | **CASE NO.: 4:15-CV-00605-JSW**<br><br>**[*PROPOSED*] ORDER RE STIPULATION TO EXTEND THE DEADLINE TO COMPLETE A SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE LAPORTE FROM AUGUST 10, 2015 TO SEPTEMEBER 3, 2015**<br><br>(Stipulation to extend the deadline to complete a settlement conference with Magistrate Judge Laporte filed concurrently herewith)<br><br>District Judge:　　Hon. Jeffrey S. White<br>Courtroom:　　　　5 |

# **ORDER**

Pursuant to the Stipulation of the parties and based on good cause, the deadline to complete a settlement conference with Magistrate Judge Laporte is extended from August 10, 2015 to September 3, 2015.

IT IS SO ORDERED.

DATED: July 2, 2015

*Jeffrey S. White*
Hon. Jeffrey S. White, U.S. District Judge

[*PROPOSED*] ORDER RE STIPULATION TO EXTEND
THE DEADLINE TO COMPLETE A SETTLEMENT - 2 -
CONFERENCE WITH MAGISTRATE JUDGE LAPORTE